```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )
                 Plaintiff,      )  NO.  CR-06-2045-LRS
                                 )
   v.                            )  ORDER GRANTING MOTIONS
                                 )  TO EXPEDITE (Ct. Rec. 48)
MARIO A. ESCARENO,               )  AND MOTION TO REOPEN
                                 )  (Ct. Rec. 45) AND ORDER
                 Defendant.      )  CONTINUING BAIL REVIEW HEARING
_____ )
```

A detention review hearing was held September 14, 2006. Thomas Hanlon, Esq., appeared for the government. Defendant was present with counsel Alex B. Hernandez, Esq.

The defendant orally moved for an expedited hearing and to reopen the detention hearing. The court **granted** the motion for expedited hearing **(Ct Rec. 48)** and **granted** the motion to reopen the detention hearing **(Ct Rec. 45)**.

Counsel for the defendant orally moved for a review of defendant's conditions of release. The Court granted the motion **(Ct. Rec. 53.)**

On the issue of detention, the government advanced that if released, defendant would present a risk of flight. The pretrial services report was again proffered by the government and has been considered pursuant to 18 U.S.C. § 3153(c). This pretrial services report has been returned to the confidential files of the United States Probation Office, subject to being made a part of this docket on review of this order.

ORDER GRANTING MOTIONS TO EXPEDITE
AND MOTION TO REOPEN AND ORDER
CONTINUING DETENTION HEARING

1     The Court continued this hearing for one day and requested
2 that the defendant's parents and his prospective employer attend
3 the bail review hearing.
4     The detention hearing is hereby reset to **Friday, September
5 15, 2006 at 9:00 a.m.** before United States Magistrate Judge
6 Michael W. Leavitt at Yakima, Washington.
7     The Defendant is to continue to be held in custody of the
8 Attorney General.
9     **IT IS SO ORDERED**
10     DATED this 14th day of September, 2006.

                                          S/ MICHAEL W. LEAVITT
                                          United States Magistrate Judge

ORDER GRANTING MOTIONS TO EXPEDITE
AND MOTION TO REOPEN AND ORDER
CONTINUING DETENTION HEARING